# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2022

## NO. 03-20-00096-CV

**Jimmie Luecke Children Partnership, Ltd., a Texas Limited Partnership, Appellant**

**v.**

**Everhard Droemer, Dorchen Hoeinghaus, Bernard Droemer, Theodore Droemer, and Roberta Boriack, Appellees**

### APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### REFORMED AND, AS REFORMED, AFFIRMED IN PART;
### REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 30, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in a portion of the trial court's judgment. Therefore, the Court reverses the portion of the trial court's judgment awarding attorney fees; reforms the portion of the judgment awarding trial attorney fees to reflect an award of $14,242.67, and as reformed, affirms the award of trial attorney fees; and remands the cause to the trial court for redetermination of an award of appellate attorney fees. In all other respects, the Court affirms the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.